IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ERSKINE LEE WALLER, JR.,** : | |
| Petitioner, : | |
| | CIVIL ACTION 09-0412-CG-M |
| v. : | |
| | CRIMINAL ACTION 05-00229-CG-M |
| **UNITED STATES OF AMERICA,** : | |
| Respondent. : | |

### ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Petitioner's Motion be **DENIED** as time-barred and that this action be **DISMISSED**.

**DONE and ORDERED** this 14th day of September, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE