IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ERSKINE LEE WALLER, JR.,** | : |
| Petitioner, | : |
| | : CIVIL ACTION 09-0412-CG-M |
| v. | : |
| | : CRIMINAL ACTION 05-00229-CG-M |
| **UNITED STATES OF AMERICA,** | : |
| Respondent. | : |

### JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Respondent, the United States of America, and against Petitioner Erskine Lee Waller, Jr.

**DONE and ORDERED** this 14th day of September, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE